| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Boggs, Michael P. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>01/6/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination    Date 1/6/2014<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [✓] Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/15/2013 |
| 7. Chambers or Office Address<br><br>Court of Appeals of Georgia<br>4th Floor<br>State Judicial Building<br>Atlanta, Georgia 30334-9006 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Okefenokee Swamp Park, Inc. |
| 2. | Trustee | James M. Dye Foundation, Inc. (Affiliated with South Georgia State College) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT
Page 2 of 7

Name of Person Reporting

Boggs, Michael P.

Date of Report

01/6/2014

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. 2012 | Superior Courts of Georgia - salary | $1,731.00 |
| 2. 2012 | County judicial stipend from circuit counties | $876.00 |
| 3. 2012 | Court of Appeals of Georgia - salary | $152,820.00 |
| 4. 2013 | Court of Appeals of Georgia - salary | $159,261.89 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2013 | Ware County Board of Education - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|--------|-------|----------|---------|------------------------|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Michael P. | 01/6/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boggs, Michael P. | 01/6/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. First Southern Bank (formerly The Patterson Bank) Accounts | A | Interest | J | T | Exempt | | | | |
| 2. State Farm: Variable Universal Life Policy | C | Interest | K | T | Exempt | | | | |
| 3. Judicial Retirement System of Georgia (Superior Court) | D | Interest | M | T | Exempt | | | | |
| 4. Employees Retirement System of Georgia (Court of Appeals) | A | Interest | K | T | Exempt | | | | |
| 5. Brokerage Account #1 | | | | | Exempt | | | | |
| 6. - Coca-Cola Co common stock | A | Dividend | J | T | Exempt | | | | |
| 7. - Edward Jones Money Market funds | A | Interest | J | T | Exempt | | | | |
| 8. IRA #1 | B | Int./Div. | K | T | Exempt | | | | |
| 9. -First Trust Build America Bonds (10-20) Series 14 | | | | | Exempt | | | | |
| 10. -AMCAP Mutual Fund CL C (AMPCX) | | | | | Exempt | | | | |
| 11. -Capital World Growth & Income Fund CL C (CWGCX) | | | | | Exempt | | | | |
| 12. -Europacific Growth Fund CL C (AEPCX) | | | | | Exempt | | | | |
| 13. -Fundamental Investors Fund CL C (AFICX) | | | | | Exempt | | | | |
| 14. -Investment Co of America CL C (AICCX) | | | | | Exempt | | | | |
| 15. -Smallcap World Fund CL C (SCWCX) | | | | | Exempt | | | | |
| 16. -Washington Mutual Investors Fund CL C (WSHCX) | | | | | Exempt | | | | |
| 17. IRA #2 | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 7

Name of Person Reporting

Boggs, Michael P.

Date of Report

01/6/2014

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Delaware Diversified Value Fund CL A (DDVAX) | | | | | Exempt | | | | |
| 19. -Delaware Emerging Markets Fund CL A (DEMAX) | | | | | Exempt | | | | |
| 20. -Delaware SMID Cap Growth Fund CL A (DFCIX) | | | | | Exempt | | | | |
| 21. -Fundamental Investors Fund CL A (ANCFX) | | | | | Exempt | | | | |
| 22. -Growth Fund of America CL A (AGTHX) | | | | | Exempt | | | | |
| 23. -Income Fund of America Fund CL A (AMECX) | | | | | Exempt | | | | |
| 24. -Investmemt Co of America Fund CL A (AIVSX) | | | | | Exempt | | | | |
| 25. -New Perspective Fund CL A (ANWPX) | | | | | Exempt | | | | |
| 26. Peachstate Reserves 457 Plan - Lifecycle 2020 Fund | C | Dividend | K | T | Exempt | | | | |
| 27. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 6 of 7

Name of Person Reporting

Boggs, Michael P.

Date of Report

01/6/2014

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In preparing this report, I noticed that I inaddvertently misreported three income codes in Part VII of my nomination Report filed on December 23, 2013. Specifically, Column B(1) for Line 1 should have been reported as "A," Column B(1) for Line 2 should have been reported as "D," and Column B(1) for Line 8 should have been reported as "C."

In preparing this report, I noticed that I inaddvertently misreported three income codes in Part VII of my nomination Report filed on December 23, 2013. Specifically, Column B(1) for Line 1 should have been reported as "A," Column B(1) for Line 2 should have been reported as "D," and Column B(1) for Line 8 should have been reported as "C."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael P. Boggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 16 | 658 | Notes payable to banks-secured | | |
| U.S. Government securities | | | Notes payable to banks-unsecured | | |
| Listed securities -- see schedule | 90 | 065 | Notes payable to relatives | | |
| Unlisted securities | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid income and interest | | |
| Doubtful | | | Real estate mortgages payable -- personal residence | 221 | 646 |
| Real estate owned -- personal residence | 375 | 000 | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | |
| Autos and other personal property | 194 | 397 | | | |
| Cash value-life insurance | 21 | 317 | | | |
| Other assets itemize: | | | | | |
| GA Judicial Retirement System | 107 | 529 | | | |
| GA Court of Appeals Retirement System | 25 | 935 | | | |
| | | | Total liabilities | 221 | 646 |
| | | | Net Worth | 609 | 255 |
| Total Assets | 830 | 901 | Total liabilities and net worth | 830 | 901 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | No | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | No | |
| Legal Claims | | | Have you ever taken bankruptcy? | No | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |